AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED
IN CLERK'S OFFICE

2004 SEP 21  A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

Edgar Floriano
    V.    Plaintiff

Caritas Holy Family Hospital
and Medical Center, a.k.a. Holy
Name Hospital, Inc. a.k.a.
Holy Family Hospital Foundation, Inc.;
and William Lane, President, as Hospital
Administrator; and Gerald O'Neill, Senior
Vice President/CFO, as hospital administrator;
and Martha McDrury, Senior Vice President/COO,
as Hospital Administrator; and Jason Maxwell

Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11915 RCL

TO: (Name and address of Defendant)

    Caritas Holy Family Hospital and Medical Center,
    a.k.a. Holy Family Hospital, a.k.a. Holy Family
    Hospital Foundation, Inc.
    70 East Street
    Methuen, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Stephen L. D'Angelo
    D'Angelo & Hashem, LLC
    6 Beacon Street, Suite 505
    Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___10___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

SEP 02 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 15, 2004

I hereby certify and return that on 9/14/2004 at 10:31 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Elisabeth Boisvert, Secretary, agent, person in charge at the time of service for CARITAS HOLY FAMILY HOSPITAL & MEDICAL Center, 70 East Street AKA HOLY FAMILY HOSPITAL AKA HOLY FAMILY Methuen, MA 01844. Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

Deputy Sheriff Bruce Swartz

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.