%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

FILED IN CLERKS OFFICE
2004 SEP 21 A 11: 45
DISTRICT COURT
DISTRICT OF MASS.

Edgar Floriano,
    Plaintiff
V.
Caritas Holy Family Hospital and
Medical Center, a.k.a. Holy Family
Hospital, Inc., a.k.a. Holy Family
Foundation, Inc.; and William Lane,
President, as hospital administrator; and
Gerald O'Neill, Senior Vice President, as
hospital administrator; and Martha McDrury,
Senior Vice President/COO, as hospital administrator
and Jason Maxwell,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11915 RCL

TO: (Name and address of Defendant)

William Lane, President
Caritas Holy Family Hospital and Medical Center,
as hospital administrator
70 East Street
Methuen, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen L. D'Angelo
D'Angelo & Hashem, LLC
6 Beacon Street, Suite 505
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____10____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                            SEP 02 2004
                                                 DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

Ser

NAM  **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

C    *Essex, ss.*

September 15, 2004

I hereby certify and return that on 9/14/2004 at 10:31 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by **delivering in hand to Elisabeth Boisvert, Secretary, agent, person in charge at the time of service for WILLIAM LANE, PRESIDENT**, 70 East Street Caritas Holy Family Hospital & Medical Center, Methuen, MA 01844. Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

*Deputy Sheriff*

Deputy Sheriff Bruce Swartz

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                              *Signature of Server*

                                         _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.