AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Edgar Floriano,
        Plaintiff

V.

Caritas Holy Family Hospital and
Medical Center, Inc., ak.a.
Holy Family Hospital, Inc., a.k.a.
Holy Family Hospital Foundation, Inc.;
and William Lane, President, as hospital
administrator; and Gerald O'Neill, Senior
Vice President/CFO, as hospital administrator;
and Martha McDrury, Senior Vice President/COO,
as hospital administrator; and Jason Maxwell

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11915 RCL

TO: (Name and address of Defendant)

Martha McDrury
Senior Vice President/COO
Caritas Holy Family Hospital and Medical Center
70 East Street
Methuen, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen L. D'Angelo
D'Angelo & Hashem, LLC
6 Beacon Street, Suite 505
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___10___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  SEP 02 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |

Ser

NAM

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 15, 2004

I hereby certify and return that on 9/14/2004 at 10:31 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by **delivering in hand to Elisabeth Boisvert, Secretary, agent, person in charge at the time of service for MARTHA McDRURY, SENIOR VICE PRESIDENT/COO** at Caritas Holy Family Hospital & Medical Center, 70 East Street Methuen, MA 01844. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

*Deputy Sheriff*

Deputy Sheriff Bruce Swartz

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                               *Signature of Server*

                                           _____
                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.