AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2004 SEP 21 A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

Edgar Floriano,
                    Plaintiff
      V.

Caritas Family Medical Center
and Hospital, a.k.a Holy Family Hospital, Inc.
a.k.a. Holy Family Hospital Foundation, Inc.
and William Lane, President, as
Hospital Administrator; and Gerald
O'Neill, Senior Vice President/CFO, as
Hospital Administrator; and Martha
McDrury, Senior Vice President/COO, as Hospital
Administrator; and Jason Maxwell,
                    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11915 RCL

TO: (Name and address of Defendant)

Jason Maxwell
264 E. Haverhill St.
Lawrence, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen L. D'Angelo
D'Angelo and Hashim, LLC
6 Beacon Street, Suite 505
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____10____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         SEP 02 2004
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

Ser
NAM
C

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 10, 2004

I hereby certify and return that on 9/9/2004 at 06:10 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the **last and usual place of abode of JASON MAXWELL**, 264 E. Haverhill Street, Lawrence, MA 01841, and by mailing 1st class to the above address on 9/10/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

*T. Fraser*
Deputy Sheriff

Deputy Sheriff Trevor Fraser

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.