UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDGAR FLORIANO )<br>)<br>V. )<br>)<br>CARITAS HOLY FAMILY HOSPITAL AND )<br>MEDICAL CENTER, A/K/A HOLY NAME )<br>HOSPITAL, INC., A/K/A HOLY FAMILY )<br>HOSPITAL FOUNDATION, INC. AND )<br>WILLIAM LANE, PRESIDENT, AS HOSPITAL )<br>ADMINISTRATOR, AND GERALD O'NEILL, )<br>SENIOR VICE PRESENT/CFO, AS HOSPITAL )<br>ADMINISTRATOR, AND MARTHA MCDRURY,)<br>SENIOR VICE PRESIDENT/COO, AS HOSPITAL)<br>ADMINISTRATOR AND JASON MAXWELL ) | CIVIL ACTION NO. 04-11915RCL |

## NOTICE OF APPEARANCE

Kindly enter our appearances on behalf of the Defendants, Holy Family Hospital, Inc., William F. Lane, Gerald F. O'Neill and Martha M. McDrury in the above-captioned matter.

Respectfully submitted,

HOLY FAMILY HOSPITAL, INC.
WILLIAM L. LANE
GERALD F. O'NEILL
MARY M. MCDRURY

By Their Attorneys,

Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA 02108
617-723-1100