UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDGAR FLORIANO | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CARITAS HOLY FAMILY HOSPITAL AND | ) | |
| MEDICAL CENTER, A/K/A HOLY NAME | ) | CIVIL ACTION NO. 04-11915RCL |
| HOSPITAL, INC., A/K/A HOLY FAMILY | ) | |
| HOSPITAL FOUNDATION, INC. AND | ) | |
| WILLIAM LANE, PRESIDENT, AS HOSPITAL | ) | |
| ADMINISTRATOR, AND GERALD O'NEILL, | ) | |
| SENIOR VICE PRESENT/CFO, AS HOSPITAL | ) | |
| ADMINISTRATOR, AND MARTHA MCDRURY,| ) | |
| SENIOR VICE PRESIDENT/COO, AS HOSPITAL| ) | |
| ADMINISTRATOR AND JASON MAXWELL | ) | |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that effective October 18, 2004, the new address and facsimile number of The Rogers Law Firm shall be:

**The Rogers Law Firm**
**100 Cambridge Street, 20th Floor**
**Suite 2000**
**Boston, MA 02114**

**Tel.:  617-723-1100**
**Fax:  617-723-1180**

Respectfully submitted,

HOLY FAMILY HOSPITAL, INC.
WILLIAM L. LANE
GERALD F. O'NEILL
MARY M. MCDRURY

By Their Attorneys,

Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
One Union Street
Boston, MA  02109
617-723-1100

CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for the Defendant, Holy Family Hospital, Inc., William

L. Lane, Gerald F. O'Neill and Martha M. McDrury hereby certify that I have this day served

copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed

to:

> Stephen L. D'Angelo, Esquire
> D'Angelo and Hasham, LLC
> 6 Beacon Street, Suite 505
> Boston, MA 02108

Signed under the pains and penalties of perjury this ___13___ day of October, 2004.

_____
Wilson D. Rogers, III