UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGAR FLORIANO )<br>)<br>V. )<br>)<br>CARITAS HOLY FAMILY HOSPITAL AND )<br>MEDICAL CENTER, A/K/A HOLY NAME )<br>HOSPITAL, INC., A/K/A HOLY FAMILY )<br>HOSPITAL FOUNDATION, INC. AND )<br>WILLIAM LANE, PRESIDENT, AS HOSPITAL )<br>ADMINISTRATOR, AND GERALD O'NEILL, )<br>SENIOR VICE PRESENT/CFO, AS HOSPITAL )<br>ADMINISTRATOR, AND MARTHA MCDRURY,)<br>SENIOR VICE PRESIDENT/COO, AS HOSPITAL)<br>ADMINISTRATOR AND JASON MAXWELL ) | CIVIL ACTION NO. 04-11915RCL |

## ASSENTED TO MOTION TO ENLARGE TIME
## IN WHICH TO FILE RESPONSIVE PLEADINGS

Now come the Defendants, Holy Family Hospital, Inc., William F. Lane, Gerald F. O'Neill and Martha M. McDrury and hereby respectfully request this Honorable Court enlarge the time in which these Defendants have to file responsive pleadings up to and including November 3, 2004. The Plaintiff, by his Counsel, has assented to this Motion.

Respectfully submitted,

HOLY FAMILY HOSPITAL, INC.
WILLIAM L. LANE
GERALD F. O'NEILL
MARY M. MCDRURY

By Their Attorneys,

*/s/ Wilson D. Rogers, Jr.*
Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
100 Cambridge Street, 20th Floor
Suite 2000
Boston, MA 02114
617-723-1100

EDGAR FLORIANO

By His Attorney,

*/s/ Stephen L. D'Angelo*
Stephen L. D'Angelo, Esquire
D'Angelo and Hasham, LLC
6 Beacon Street, Suite 505
Boston, MA 02108

## CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for the Defendant, Holy Family Hospital, Inc., William L. Lane, Gerald F. O'Neill and Martha M. McDrury hereby certify that I have this day served copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed to:

> Stephen L. D'Angelo, Esquire
> D'Angelo and Hasham, LLC
> 6 Beacon Street, Suite 505
> Boston, MA 02108

Signed under the pains and penalties of perjury this 19th day of October, 2004.

_____
Wilson D. Rogers, III