UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDGAR FLORIANO )<br>)<br>V. )<br>)<br>CARITAS HOLY FAMILY HOSPITAL AND )<br>MEDICAL CENTER, A/K/A HOLY NAME )<br>HOSPITAL, INC., A/K/A HOLY FAMILY )<br>HOSPITAL FOUNDATION, INC. AND )<br>WILLIAM LANE, PRESIDENT, AS HOSPITAL )<br>ADMINISTRATOR, AND GERALD O'NEILL, )<br>SENIOR VICE PRESENT/CFO, AS HOSPITAL )<br>ADMINISTRATOR, AND MARTHA MCDRURY,)<br>SENIOR VICE PRESIDENT/COO, AS HOSPITAL)<br>ADMINISTRATOR AND JASON MAXWELL ) | CIVIL ACTION NO. 04-11915RCL |

**ANSWER OF THE DEFENDANT, HOLY FAMILY HOSPITAL, INC., WILLIAM L. LANE, GERALD F. O'NEILL, AND MARTHA M. MCDRURY, TO PLAINTIFF'S COMPLAINT**

1. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 1 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

2. The allegations set forth in Paragraph 2 of Plaintiff's Complaint do not apply to this Defendant.

3. The Defendant, Holy Family Hospital, Inc., admits that it is a non-profit organization, organized and existing under the laws of the Commonwealth of Massachusetts, with a principal place of business at 70 East Street, Methuen, Massachusetts.

4. The Defendant, William L. Lane, admits that he previously served as President of Holy Family Hospital, Inc.

5. The Defendant, Gerald F. O'Neill, admits that he previously served as Senior Vice President and Chief Financial Officer of Holy Family Hospital, Inc.

6. The Defendant, Martha M. McDrury, admits that she is the Senior Vice President and Chief Operating Office of Holy Family Hospital, Inc.

7. The Defendants admit that in October, 2001, the Plaintiff, Edgar Floriano, was admitted to Holy Family Hospital, Inc. and placed in Room number 441.

8. The Defendants deny the allegations set forth in Paragraph 8 of Plaintiff's Complaint.

9. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 9 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

10. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 10 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

11. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 11 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

12. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 12 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

13. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 13 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

14. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 14 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

15. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 15 of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

16. The Defendants deny the allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17. The Defendants deny the allegations set forth in Paragraph 17 of Plaintiff's Complaint.

## COUNT I

The allegations set forth in Count I of Plaintiff's Complaint do not apply to these Defendants.

## COUNT II

The allegations set forth in Count II of Plaintiff's Complaint do not apply to these Defendants.

## COUNT III

The allegations set forth in Count III of Plaintiff's Complaint do not apply to these Defendants.

## COUNT IV

32. The Defendants incorporate by reference their responses to the allegations set forth in Paragraph 1 through 31 of Plaintiff's Complaint as if set forth herein.

33. The allegations set forth in Paragraph 33 of Count IV of Plaintiff's Complaint call for a conclusion of law to which the Defendants need not respond.

34. The Defendants deny the allegations set forth in Paragraph 34 of Count IV of Plaintiff's Complaint.

35. The Defendants deny the allegations set forth in Paragraph 35 of Count IV of Plaintiff's Complaint.

36. The Defendants deny the allegations set forth in Paragraph 36 of Count IV of Plaintiff's Complaint.

37. The Defendants deny the allegations set forth in Paragraph 37 of Count IV of Plaintiff's Complaint.

## COUNT V

38. The Defendants incorporate by reference their responses to the allegations set forth in Paragraphs 1 through 37 of Plaintiff's Complaint as if set forth herein.

39. The allegations set forth in Paragraph 39 of Count V of Plaintiff's Complaint call for a conclusion of law to which the Defendants need not respond.

40. The Defendants deny the allegations set forth in Paragraph 40 of Count V of Plaintiff's Complaint.

41. The Defendants deny the allegations set forth in Paragraph 41 of Count V of Plaintiff's Complaint.

42. The Defendants deny the allegations set forth in Paragraph 42 of Count V of Plaintiff's Complaint.

43. The Defendants deny the allegations set forth in Paragraph 43 of Count V of Plaintiff's Complaint.

## COUNT VI

44. The Defendants incorporate by reference their responses to the allegations set forth in Paragraphs 1 through 43 of Plaintiff's Complaint as if set forth herein.

45. The Defendants deny the allegations set forth in Paragraph 45 of Count VI of Plaintiff's Complaint.

46. The Defendants have no personal knowledge with respect to the allegations set forth in Paragraph 46 of Count VI of Plaintiff's Complaint and, therefore, can neither admit nor deny the same, but call upon the Plaintiff to prove the same at the time of trial to the extent said allegations prove to be material and/or relevant.

47. The Defendants deny the allegations set forth in Paragraph 47 of Count VI of Plaintiff's Complaint.

48. The Defendants deny the allegations set forth in Paragraph 48 of Count VI of Plaintiff's Complaint.

49. The Defendants deny the allegations set forth in Paragraph 49 of Count VI of Plaintiff's Complaint.

## COUNT VII

50. The Defendants incorporate by reference their responses to the allegation set forth in Paragraphs 1 through 49 of Plaintiff's Complaint as if set forth herein.

51. The Defendants deny the allegations set forth in Paragraph 51 of Count VII of Plaintiff's Complaint.

52. The Defendants deny the allegations set forth in Paragraph 52 of Count VII of Plaintiff's Complaint.

53. The Defendants deny the allegations set forth in Paragraph 53 of Count VII of Plaintiff's Complaint.

54. The Defendants deny the allegations set forth in Paragraph 54 of Count VII of Plaintiff's Complaint.

## COUNT VIII

55. The Defendants incorporate by reference their responses to the allegations set forth in Paragraphs 1 through 54 of Plaintiff's Complaint as if set forth herein.

56. The Defendants deny the allegations set forth in Paragraph 56 of Count VIII of Plaintiff's Complaint.

57. The Defendants deny the allegations set forth in Paragraph 57 of Count VIII of Plaintiff's Complaint.

58. The Defendants deny the allegations set forth in Paragraph 58 of Count VIII of Plaintiff's Complaint.

59. The Defendants deny the allegations set forth in Paragraph 59 of Count VIII of Plaintiff's Complaint.

60. The Defendants deny the allegations set forth in Paragraph 60 of Count VIII of Plaintiff's Complaint.

61. The Defendants deny the allegations set forth in Paragraph 61 of Count VIII of Plaintiff's Complaint.

## COUNT IX

62. The Defendants incorporate by reference their responses to the allegations set forth in Paragraphs 1 through 61 of Plaintiff's Complaint as if set forth herein.

63. The allegations set forth in Paragraph 63 of Count IX of Plaintiff's Complaint call for a conclusion of law to which the Defendants need not respond.

64. The Defendants deny the allegations set forth in Paragraph 64 of Count IX of Plaintiff's Complaint.

65. The Defendants deny the allegations set forth in Paragraph 65 of Count IX of Plaintiff's Complaint.

66. The Defendants deny the allegations set forth in Paragraph 66 of Count IX of Plaintiff's Complaint.

## COUNT X

67. The Defendants incorporate by reference their responses to the allegations set forth in Paragraphs 1 through 66 of Plaintiff's Complaint as if set forth herein.

68. The Defendants deny the allegations set forth in Paragraph 68 of Count X of Plaintiff's Complaint.

69. The Defendants deny the allegations set forth in Paragraph 69 of Count X of Plaintiff's Complaint.

70. The Defendants deny the allegations set forth in Paragraph 70 of Count X of Plaintiff's Complaint.

71. The Defendants deny the allegations set forth in Paragraph 71 of Count X of Plaintiff's Complaint.

72. The Defendants deny the allegations set forth in Paragraph 72 of Count X of Plaintiff's Complaint.

And further answering, the Defendants say that the Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

And further answering, the Defendants say that the Plaintiff was not in the exercise of due care, but rather the negligence of the Plaintiff contributed to cause the injury or damage complained of, wherefore the recovery of the Plaintiff is barred in whole or in part or is subject to diminution.

And further answering, the Defendants say that if the Plaintiff suffered injuries or damages as alleged, such injuries or damage were caused by someone for whose conduct the Defendants were not and are not legally responsible.

And further answering, the Defendants say that the damages, if any, recovered by the Plaintiff from the Defendants should be reduced in proportion to the said negligence of the Plaintiff in accordance with M.G.L., Chapter 231, Section 85.

And further answering, the Defendants say that this action has not been brought within the time specified by the General Laws of the Commonwealth.

And further answering, the Defendants deny that any of their agents, servants or employees were in any way responsible for the act or acts complained of in Plaintiff's Complaint.

And further answering, the Defendant, Holy Family Hospital, Inc., say that it is a non-profit institution and, therefore, immune from liability in this matter except in limited amount.

And further answering, the Defendants reserve the right to assert further affirmative defenses upon the completion of discovery.

THE DEFENDANTS, HOLY FAMILY HOSPITAL, INC., WILLIAM F. LANE, GERALD F. O'NEILL AND MARTHA M. MCDRURY, CLAIM A TRIAL BY JURY.

Respectfully submitted,

HOLY FAMILY HOSPITAL, INC.
WILLIAM L. LANE
GERALD F. O'NEILL
MARTHA M. MCDRURY

By Their Attorneys,

Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm, P.C.
100 Cambridge Street, 20th Floor
Suite 2000
Boston, MA 02114
617-723-1100