UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDGAR FLORIANO )<br><br>V. )<br><br>CARITAS HOLY FAMILY HOSPITAL AND )<br>MEDICAL CENTER, A/K/A HOLY NAME )<br>HOSPITAL, INC., A/K/A HOLY FAMILY )<br>HOSPITAL FOUNDATION, INC. AND )<br>WILLIAM LANE, PRESIDENT, AS HOSPITAL )<br>ADMINISTRATOR, AND GERALD O'NEILL, )<br>SENIOR VICE PRESENT/CFO, AS HOSPITAL )<br>ADMINISTRATOR, AND MARTHA MCDRURY,)<br>SENIOR VICE PRESIDENT/COO, AS HOSPITAL)<br>ADMINISTRATOR AND JASON MAXWELL ) | CIVIL ACTION NO. 04-11915RCL |

**MOTION OF THE DEFENDANTS, HOLY FAMILY HOSPITAL, INC.,
WILLIAM LANE, GERALD O'NEILL AND MARTHA MCDRURY,
TO TRANSFER PROCEEDINGS TO THE STATE COURT
FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL**

Pursuant to M.G.L. c. 231, §60B, the Defendants, Holy Family Hospital, Inc., William

Lane, Gerald O'Neill and Martha McDrury hereby move this Honorable Court to transfer this

action to the Superior Court Department of the Trial Court of the Commonwealth of

Massachusetts for the purpose of convening a Medical Malpractice Tribunal. As grounds

therefore, the Defendants state that this is an action in which the Plaintiff has set forth claims of

malpractice, error or mistake against each of the Defendants who are health care providers.

M.G.L. c. 231, §60B requires the convening of a Medical Malpractice Tribunal in such cases to

review such claims.

2

WHEREFORE, it is respectfully requested that this Honorable Court transfer this matter

to the Superior Court for the convening of a Medical Malpractice Tribunal pursuant to M.G.L. c.

231, §60B.

Respectfully submitted,

Holy Family Hospital, Inc.
William Lane, Gerald O'Neill,
and Martha McDrury

By Their Attorneys,

Wilson D. Rogers, Jr.
BBO #425120
Wilson D. Rogers, III
BBO #559943
The Rogers Law Firm
100 Cambridge Street, 20th Floor
Suite 2000
Boston, MA 02114
617-723-1100

CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for the Defendant, Holy Family Hospital, Inc., William

L. Lane, Gerald F. O'Neill and Martha M. McDrury hereby certify that I have this day served

copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed

to:

> Stephen L. D'Angelo, Esquire
> D'Angelo and Hasham, LLC
> 6 Beacon Street, Suite 505
> Boston, MA 02108

Signed under the pains and penalties of perjury this _____ day of November, 2004.

_____
Wilson D. Rogers, III