UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGAR FLORIANO,<br>**Plaintiff**<br><br>v.<br><br>CARITAS HOLY FAMILY HOSPITAL AND MEDICAL CENTER, A/K/A HOLY NAME HOSPITAL FOUNDATION, INC., et als.,<br>**Defendants** | )<br>)<br>)<br>)<br>) C.A. NO.: 04-11915RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as co-counsel for the Plaintiff, Edgar Floriano, in the above-entitled matter.

Date: January 4, 2005

                                                  Saba Hashem, Esq.
                                                BBO No.: 642104
                                                D'Angelo & Hashem, LLC
                                                6 Beacon Street, Suite 505
                                                Boston, MA 02108
                                                (617) 624-9777

## CERTIFICATE OF SERVICE

I, Saba Hashem, Esq., hereby certify that a copy of the foregoing document was served upon counsel for all parties via First-Class mail on January 4, 2005.

                                                  Saba Hashem, Esq.