

**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

6 Beacon Street, Suite 505
Boston, MA 02108

Tel: 617-624-9777
Fax: 617-624-0999

January 14, 2005            **Sent via Facsimile and First-Class mail**

Attn: U.S. District Judge Reginald C. Lindsay
U.S. Courthouse, Suite 5130
1 Courthouse Way
Boston, MA 02210

Re:   **Floriano v. Caritas Holy Family Hospital et al.**
      C.A. No.: 04-11915RCL

Dear Judge Lindsay:

Pursuant to our conversation during the Scheduling Conference of January 12, 2005, this office reviewed both 42 U.S.C. §1983 and 42 U.S.C. §1981 as they apply to the facts of the above highlighted matter. We concede to the Court that there is no state action in this case.

However, Mr. Floriano could argue that a contract existed between the parties. In the interest of avoiding this debate on whether 42 U.S.C. §1981 offers an appropriate remedy, thus overshadowing the underlying negligence claims as against the named Defendants, Mr. Floriano would agree to dismissal due to lack of jurisdiction under 42 U.S.C. §1981 as well.

After your rulings on whether or not to dismiss this matter for lack of jurisdiction, we will re-file the remaining state claims in the Massachusetts Superior Court system which will preserve all of our client's rights granted under Article 12 of the Massachusetts Constitution.

Sincerely,

Stephen L. D'Angelo, Esq.
SLD/tjh

cc.:   Wilson Rogers III
       *Facsimile No.: (617) 723-1180*