UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -9 P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| EDGAR FLORIANO )<br>)<br>V. )<br>)<br>CARITAS HOLY FAMILY HOSPITAL AND )<br>MEDICAL CENTER, A/K/A HOLY NAME )<br>HOSPITAL, INC., A/K/A HOLY FAMILY )<br>HOSPITAL FOUNDATION, INC. AND )<br>WILLIAM LANE, PRESIDENT, AS HOSPITAL )<br>ADMINISTRATOR, AND GERALD O'NEILL, )<br>SENIOR VICE PRESENT/CFO, AS HOSPITAL )<br>ADMINISTRATOR, AND MARTHA MCDRURY,)<br>SENIOR VICE PRESIDENT/COO, AS HOSPITAL)<br>ADMINISTRATOR ) | CIVIL ACTION NO. 04-11915RCL |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims of all parties in this action shall be dismissed without prejudice and without costs.

|  | Respectfully submitted, |
|---|---|
| EDGAR FLORIANO | HOLY FAMILY HOSPITAL, INC.<br>WILLIAM L. LANE<br>GERALD F. O'NEILL<br>MARTHA M. MCDRURY |
| By His Attorney, | By Their Attorneys, |
| /s/ Stephen D. | /s/ |
| Stephen L. D'Angelo, Esquire<br>D'Angelo and Hasham, LLC<br>6 Beacon Street, Suite 505<br>Boston, MA  02108 | Wilson D. Rogers, Jr.<br>BBO #425120<br>Wilson D. Rogers, III<br>BBO #559943<br>The Rogers Law Firm, P.C.<br>100 Cambridge Street, 20th Floor<br>Suite 2000<br>Boston, MA  02114<br>617-723-1100 |

## CERTIFICATE OF SERVICE

I, Wilson D. Rogers, III, Attorney for the Defendant, Holy Family Hospital, Inc., William L. Lane, Gerald F. O'Neill and Martha M. McDrury hereby certify that I have this day served copies of the foregoing documents on the Plaintiff by mailing a letter, postage prepaid, directed to:

> Stephen L. D'Angelo, Esquire
> D'Angelo and Hasham, LLC
> 6 Beacon Street, Suite 505
> Boston, MA 02108

Signed under the pains and penalties of perjury this 8th day of February, 2005.

_____
Wilson D. Rogers, III